IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **MARY IMMACULATE NASSALI,** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: CBD-19-2444 |
| **JOHN KAMYA, et al.** | * | |
| **Defendants.** | * | |

## ORDER

Before the Court is Defendants John Kamya and Danieline Moore Kamya's Motion for Partial Summary Judgment as to Count IV of Plaintiff's Complaint ("Defendants' Motion"), ECF No. 25.  The Court has reviewed Defendants' Motion, the opposition, and the reply thereto.  No hearing is deemed necessary.  *See* Local Rule 105.6 (D. Md.).  For the reasons set forth in the accompanying Memorandum Opinion, on this 5th day of February 2020, the Court DENIES WITHOUT PREJUDICE Defendants' Motion.

February 6, 2020                                        /s/
                                                    Charles B. Day
                                                    United States Magistrate Judge

CBD/hjd

1