IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **MARY IMMACULATE NASSALI, et. al.,** | * * * | |
| Plaintiffs/Counter-Defendants. | * * | **Civil Action No.: CBD-19-2444** |
| v. | * * | |
| **JOHN KAMYA, et al.** | * * | |
| Defendants/Counter-Claimants. | * * * | |
| | ***** | |

## ORDER

Before the Court is Counter-Defendant Rita Kamya Estiphanos' Motion to Dismiss ("Counter-Defendant's Motion"), ECF No. 49. The Court has reviewed Counter-Defendant's Motion, the opposition, and the applicable law. No hearing is deemed necessary. *See* Local Rule 105.6 (D. Md.). For the reasons set forth in the accompanying Memorandum Opinion, the Court DENIES WITHOUT PREJUDICE Counter-Defendant's Motion. Should Counter-Defendant Estiphanos wish to file a revised motion to dismiss, the motion shall be filed no later than September 25, 2020.

September 3, 2020

/s/
Charles B. Day
United States Magistrate Judge

CBD/hjd

1